Order entered December 17, 2013



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01470-CV

**SAM GRIFFIN FAMILY INVESTMENTS-I, INC,
D/B/A BUMPER TO BUMBER CAR WASH, Appellant**

**V.**

**DALLAS CENTRAL APPRAISAL DISTRICT, Appellee**

**On Appeal from the 160th Judicial District Court
Dallas County, Texas
Trial Court Cause No. 10-10450-H**

## ORDER

We **GRANT** appellant's December 13, 2013 motion for an extension of time to file a reply brief. Appellant shall file its reply brief on or before December 27, 2013.

/s/     ELIZABETH LANG-MIERS
         JUSTICE